IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02833-BNB

EDDIE MEDINA, JR.,

    Plaintiff,

v.

CHRISTOPHER'S DODGE WORLD,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 13, 2011, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge